IN THE UNITED STATES DISTRICT COURT

FOR THE *NORTHERN* DISTRICT OF **GEORGIA**
**ATLANTA** DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 21 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Honorable Judge **Richard W. Story**

| | |
|---|---|
| Guenevere Perry *(Plaintiff)* -against- Georgia State University *(Defendants)* | **Complaint for a Civil Case Alleging Breach of Contract** (28 U.S.C. § 1332; Diversity of Citizenship) Case No. **1:16-CV-0746RWS** MEMORANDUM OF POINTS AND AUTHORITIES |

## NOTIFICATION OF PLAINTIFFS ADDRESS CORRECTION AND EMPLOYER INFORMATION

Plaintiff would like to notify court of error on mailing address. The clerical error may have caused documentation submitted to plaintiff to be returned.

Previous Listed Mailing Address:
P.O. Box 23254
Jacksonville, FL. 32241

Corrected Mailing Address:
P.O. Box **23245**
Jacksonville, FL. 32241

Employer:
Duval Public School System
1701 Prudential Drive
Jacksonville, FL 32207
Phone: 904-390-2000

Dated: **April 20, 2016**                              Respectfully Submitted,


_____
Guenevere Perry
P.O. Box 23245
Jacksonville, FL. 32241
Cell: (404)-360-0858
gperry1908@gmail.com
**Pro Se Litigate**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I certify that this Motion complies with the font and point selections set forth in Local Rule 5.1B. This Motion has been prepared using Times New Roman font (14 point).

Dated: **April 20, 2016**                              Respectfully Submitted,

*/s/ Guenevere Perry*
Guenevere Perry
P.O. Box 23245
Jacksonville, FL. 32241
Cell: (404)-360-0858
gperry1908@gmail.com
**Pro Se Litigate**