FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 15 2017

JAMES N. HATTEN, Clerk
By:
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE *NORTHERN DISTRICT* OF **GEORGIA**
**ATLANTA** DIVISION

Honorable Judge **Richard W. Story**

Guenevere Perry
*(Plaintiff)*

-against-

Georgia State University *(GSU)*
*(Defendant)*

**Complaint for a Civil Case Alleging Breach of Contract**
(28 U.S.C. § 1332;
Diversity of Citizenship)

Case No. **1:16-CV-0746RWS**

## Motion to Reconsider Order 35 and Request for Dismissal of Motion 34

TO THE HONORABLE JUDGE OF SAID COURT: Pursuant to rule Fed. **Rule 60(b)(1),** the plaintiff request the court reconsider Order 35. The plaintiff accused the defendant's counsel of extrinsic fraud against the court[1]. Counsel drafted and presented the plaintiff with a fraudulent/altered contract to hinder the plaintiff's right to future prosecution of violation of her intellectual property. Counsel actions extrinsic fraud was independent of claims against defendant, thus requiring transfer of interest to Ms. Spratt, pursuant Fed. Rule 25(a)(3)[2]. Counsel actions of extrinsic fraud against the Federal court is not protected under Georgia's immunity[3].

---

1. **Extrinsic Fraud**: "induces one not to present a case in court or deprives one of the opportunity to be heard [or] is not involved in the actual issues.". *Ellett v. Ellett*, No. 0824-00-2 (Cir. Ct. Richmond City, VA 2001).
2. Local Rule 21 states that "Parties may be ... added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Fed. R. Civ P. 21.
3. **Georgia Constitution: Para IX (d)** ... All officers may be subject to suit... **Para IX (f)** No waiver of sovereign immunity under this Paragraph shall be construed as a waiver of any immunity provided to the state or its departments, agencies, officers, or employees by the US Constitution.

## Motion to Dismiss Motion 34

The defendant's counsel submitted motion 34 outside of the proper judicial proceeding process. The Fed Rule 21, states the opposing party can respond to a motion (motion 32), after the defendant has been served with a summons and complaint. The 14 day filing period was waived by the plaintiff's pending submission for pauperis under 28 U.S. Code § 1915 and Fed Rule 3(c)(4)[1]. Plaintiff request dismissal of motion 34, a filing error and violation of plaintiff's right to fair litigation within the court.

## Conclusion:

In conclusion the plaintiff request the court reconsider the prior motion to reopen the case based on Fed Rule (60)(b) "Extrinsic fraud". This court has the jurisdiction to reopen the case. The defendant's counsel acted as dual agent for GSU and the USPTO. Thus, Ms. Spratt's actions were in direct violation of her mistral duties as a USPTO agent. Thus, the Georgia Assembly does not have to waive the right to immunity of the agent. The FELRTCA does not confer extended immunity to federal employees for violation of the Constitution or federal statues, U.S.C. § 2679 (b)(1)(2).

---

1. **28 U.S. Code § 1915**: Proceedings in forma pauperis. **Fed Rule 3(c)(4)**: (c)Service. (3) *By a Marshal or Someone Specially Appointed.* At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915…
2. **Fed Rule 12 (a)(1)(A)(i):** (A) A defendant must serve an answer: (i) within 21 days after being served with the summons and complaint.

**Limitations & Requirements:**

Dated: **February 12, 2017**                                         Respectfully Submitted,

*[signature]*

Guenevere Perry
2855 Apalachee Pkwy
Apt. 264F
Tallahassee, FL. 32301
Cell: (404)-360-0858
gperry1908@gmail.com
**Pro Se Litigate**

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I certify that this Motion complies with the font and point selections set forth in Local Rule 5.1B. This Motion has been prepared using Times New Roman font (14 point).

Dated:  **February 12, 2017**                                Respectfully Submitted,

*[signature]*

_Guenevere Perry_
2855 Apalachee Pkwy
Apt. 264F
Tallahassee, FL. 32301
Cell: (404)-360-0858
gperry1908@gmail.com
**Pro Se Litigate**

FFIX LABEL TO PACKAGE 1 AND TAKE TO CLERK.
ROM: GUENEVERE PERRY
O: US DISTRICT COURT CLERK
ATLANTA GA 30303

PKG 1 OF 1
PKGID: MATBX1SDHSDFJ
SHPID: MATBX1SDHSDFJ


CLEARED FEB 14 2017 U.S. Marshals Atlanta Ga

GUENEVERE PERRY
(404) 368-0858
APT 264F
2855 APALACHEE PKWY
TALLAHASSEE  FL 32301-8017

1 LBS        1 OF
SHP WT: 1 LBS
DATE: 13 FEB 2017

SHIP  US DISTRICT COURT CLERK
TO:   75 TED TURNER DR. NW

ATLANTA  GA 30303

GA 303 9-0

UPS NEXT DAY AIR SAVER        1P
TRACKING #: 1Z 320 X55 13 2240 4105

BILLING: P/P