IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GUENEVERE PERRY, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:16-CV-746-RWS |
| GEORGIA STATE | : | |
| UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration [Doc. No. 36]. This case was closed on August 3, 2016, after the Court granted Defendant's Motion to Dismiss for lack of subject matter jurisdiction [Doc. No. 28]. Since then, Plaintiff has filed a several motions asking the Court to reopen the case. However, Plaintiff has not provided the Court with any legal basis to do so. The Court lacks jurisdiction over Plaintiff's claims. Her Motion [Doc. No. 36] is DENIED.

**SO ORDERED**, this 3rd day of April, 2017.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)